JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AROGANT HOLLYWOOD, et al, | Case No. 2:18-cv-02098-JGB (GJS) |
| Plaintiffs | |
| v. | **JUDGMENT** |
| CARROWS CALIFORNIA FAMILY RESTAURANTS, et al., | |
| Defendants. | |

Pursuant to the Court's Order Dismissing Cases With Prejudice,

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED: December 19, 2019

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE